

ORDERED in the Southern District of Florida on March 10, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Miguel Hector                                      Case No: 13-30164-LMI
                                                             Chapter 13

_____Debtor_____/

### AGREED ORDER SUSTAINING IN PART DEBTOR'S OBJECTION TO CLAIM OF MAYOR'S JEWELERS

**THIS MATTER** having come to be heard on this 4th day of March, 2014 upon Debtor's Objection to Claim of Mayor's Jewelers (claim #6) and the parties having agreed, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to the proof of claim of Mayor's Jewelers (claim #6) is SUSTAINED in part.

2. There is an allowed secured claim in the amount of $4,200.00. The balance of the claim in the amount of $7,357.90 is reclassified to an unsecured general claim.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.